IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

SHIVAL NILESH VYAS,

        Plaintiff,

v.                                                      Civil Action No. 3:25-cv-00261

KRISTI NOEM,
in her official capacity as Secretary of the
U.S. Department of Homeland Security;
TODD LYONS,
in his official capacity as Acting Director of
U.S. Customs and Immigration Enforcement; and
PAMELA BONDI,
in her official capacity as Attorney General
of the United States,

        Defendants.

## DEFENDANTS' NOTICE OF COMPLIANCE

In accordance with the Court's Order entered on April 23, 2025 (ECF No. 7), the Defendants hereby state as follows:

    1.    Pursuant to the Court's order (ECF No. 7), the Plaintiff's SEVIS record has been restored;

    2.    Pursuant to the Court's order (ECF No. 7), the Plaintiff's SEVIS record has been returned to "active"; and

    3.    Pursuant to the Court's order (ECF No. 7), Plaintiff's OPT application will be processed in accordance with federal law.

Respectfully submitted,

**LISA G. JOHNSTON**
**Acting United States Attorney**

**s/Fred B. Westfall, Jr.**
WV State Bar No. 3992
Assistant United States Attorney
Attorney for United States
300 Virginia Street East, Room 4000
Charleston, WV  25301
Phone: 304-345-2200
Fax: 304-347-5443
E-mail: fred.westfall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

SHIVAL NILESH VYAS,

        Plaintiff,

v.                                                                      Civil Action No. 3:25-cv-00261

KRISTI NOEM,
in her official capacity as Secretary of the
U.S. Department of Homeland Security;
TODD LYONS,
in his official capacity as Acting Director of
U.S. Customs and Immigration Enforcement; and
PAMELA BONDI,
in her official capacity as Attorney General
of the United States,

        Defendants.

## CERTIFICATE OF SERVICE

      I hereby certify that on April 25, 2025, I electronically filed the foregoing **DEFENDANTS' NOTICE OF COMPLIANCE** with the Clerk of the Court using the CM/ECF system which will send notification to the following CM/ECF participants:

Aubrey Sparks
ACLU OF WEST VIRGINIA
1614 Kanawha Boulevard East
Charleston, WV 25311
301-302-6525
Email: asparks@acluwv.org

                                                **s/Fred B. Westfall, Jr.**
                                                WV State Bar No. 3992
                                                Assistant United States Attorney
                                                Attorney for United States
                                                300 Virginia Street East, Room 4000
                                                Charleston, WV  25301
                                                Phone: 304-345-2200
                                                Fax: 304-347-5443
                                                E-mail: fred.westfall@usdoj.gov