IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

SHIVAL NILESH VYAS,

        Plaintiff,

v.                                      CIVIL ACTION NO. 3:25-0261

KRISTI NOEM,
in her official capacity as Secretary of the
U.S. Department of Homeland Security;
TODD LYONS,
in his official capacity as Acting Director of
U.S. Customs and Immigration Enforcement; and
PAMELA BONDI,
in her official capacity as Attorney General
of the United States,

        Defendants.

**ORDER**

Pursuant to the Notice of Scheduling Conflict filed by attorney Westfall (ECF No. 11), the preliminary injunction hearing currently scheduled in this matter for May 7, 2025, will now be held on **May 8, 2025**, at **10:00 a.m.** in Huntington.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                                ENTER:        April 25, 2025

                                ROBERT C. CHAMBERS
                                UNITED STATES DISTRICT JUDGE