# EXHIBIT 2

An official website of the U.S. government   Skip Navigation



**SEVIS** — Student & Exchange Visitor Information System

Profile  Logout

Get Plug-Ins

Main  Schools  Students  Employment  Programs  Exchange Visitors  Alerts  Reports  Message Board  Change Password   [Enter SEVIS ID]

## Student Information

Return To Search Results

**View:**
Event History
FIN ID History
Form I-17
Request/Authorization Details
Employment Information
Corrections

**F-1 STUDENT**
**Vyas, Shival Nilesh**



I-901 Fee Paid

**Status: ACTIVE**
Status Change Date: **April 30, 2025**
SEVIS ID: **N0034652773**
I-20 ISSUE REASON: **CONTINUED ATTENDANCE**



1/2

