IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

SHIVAL NILESH VYAS,

        Plaintiff,

v.                                                      Civil Action No. 3:25-cv-00261

KRISTI NOEM,
in her official capacity as Secretary of the
U.S. Department of Homeland Security;
TODD LYONS,
in his official capacity as Acting Director of
U.S. Customs and Immigration Enforcement; and
PAMELA BONDI,
in her official capacity as Attorney General
of the United States,

        Defendants.

## **DEFENDANTS' SECOND SUPPLEMENTAL NOTICE OF COMPLIANCE**

In accordance with the Court's Order entered on April 23, 2025 (ECF No. 7), the Defendants hereby state that Plaintiff's OPT application has been approved, and Plaintiff's OPT Card and approval notice will be sent to him in due course.

        Respectfully submitted,

        **LISA G. JOHNSTON**
        **Acting United States Attorney**

        **s/Fred B. Westfall, Jr.**
        WV State Bar No. 3992
        Assistant United States Attorney
        Attorney for United States
        300 Virginia Street East, Room 4000
        Charleston, WV  25301
        Phone: 304-345-2200
        Fax: 304-347-5443
        E-mail: fred.westfall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

SHIVAL NILESH VYAS,

        Plaintiff,

v.                                                       Civil Action No. 3:25-cv-00261

KRISTI NOEM,
in her official capacity as Secretary of the
U.S. Department of Homeland Security;
TODD LYONS,
in his official capacity as Acting Director of
U.S. Customs and Immigration Enforcement; and
PAMELA BONDI,
in her official capacity as Attorney General
of the United States,

        Defendants.

## CERTIFICATE OF SERVICE

        I hereby certify that on May 7, 2025, I electronically filed the foregoing **DEFENDANTS' SECOND SUPPLEMENTAL NOTICE OF COMPLIANCE** with the Clerk of the Court using the CM/ECF system which will send notification to the following CM/ECF participants:
Aubrey Sparks
ACLU OF WEST VIRGINIA
1614 Kanawha Boulevard East
Charleston, WV 25311
301-302-6525
Email: asparks@acluwv.org

                                              **s/Fred B. Westfall, Jr.**
                                              WV State Bar No. 3992
                                              Assistant United States Attorney
                                              Attorney for United States
                                              300 Virginia Street East, Room 4000
                                              Charleston, WV  25301
                                              Phone: 304-345-2200
                                              Fax: 304-347-5443
                                              E-mail: fred.westfall@usdoj.gov