# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Huntington

| | |
|---|---|
| Date: | 5/8/2025 |
| Case Number: | 3:25-cv-00261 |
| Case Style: | Vyas vs. Noem |
| Type of hearing: | Preliminary Injunction Hearing |
| Before the Honorable: | 2514-Chambers |
| Court Reporter: | Carol Adams |
| Courtroom Deputy: | Terry Justice |

Attorney(s) for the Plaintiff or Government:

Aubrey Sparks

Attorney(s) for the Defendant(s):

Fred Westfall

Law Clerk: Ally Johnson

Probation Officer:

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 9:54 AM | 10:45 AM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 51 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Hearing scheduled to commence 10:00 a.m.
Hearing commenced 9:54 a.m.

Preliminary Injunction statements by counsel.
Defendants' exhibit #1 identified & admitted.

Preliminary Injunction granted.

Hearing concluded 10:45 a.m.