## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

SHIVAL NILESH VYAS,

                    Plaintiff,

v.                                        CIVIL ACTION NO. 3:25-0261

KRISTI NOEM,
in her official capacity as Secretary of the
U.S. Department of Homeland Security;
TODD LYONS,
in his official capacity as Acting Director of
U.S. Customs and Immigration Enforcement; and
PAMELA BONDI,
in her official capacity as Attorney General
of the United States,

                    Defendants.

### ORDER

The Court held a scheduling conference on July 7, 2025. The parties notified the Court that they are discussing a resolution of this case. To facilitate this discussion, the Court **STAYS** the case until July 21, 2025. The Court will not rule on Defendants' Amended Motion to Alter or Amend the Preliminary Injunction Entered on May 8, 2025 (ECF No. 38) during this time, with the limited exception that the Court may revise the language of the injunction order if the parties submit agreed language.

Additionally, Plaintiff need not respond to Defendants' Motion to Dismiss and to Quash Improper Service of Process (ECF No. 45) during this time. The Court will set new deadlines for briefing on Defendants' Motion if the parties are not able to resolve the case.

Plaintiff's counsel provided a brief update on Plaintiff's employment status. The Court **DIRECTED** Plaintiff to submit a declaration as to Plaintiff's employment status by July 14, 2025.

Defendants advised the Court that Defendants will file a statement as to the current status of Defendants' relevant policies. Defendants' counsel informed the Court that he requested his clients prepare an administrative record. The Court advised Plaintiff's counsel that, if the case is not resolved and Plaintiff seeks to conduct discovery beyond the administrative record, Plaintiff should file a motion explaining why further discovery is appropriate.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:     July 7, 2025

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE