IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**SHIVAL NILESH VYAS,**

    **Plaintiff,**

v.                                                               Case No. 3:25-cv-00261
                                                            Hon. Robert C. Chambers, Judge

**KRISTI NOEM, in her official capacity as**
**Secretary of the U.S. Department of Homeland Security;**
**TODD LYONS, in his official capacity as Acting Director**
**of U.S. Customs and Immigration Enforcement; and**
**PAMELA BONDI, in her official capacity as Attorney General**
**of the United States.**

    **Defendants.**

## PLAINTIFF'S SUPPLEMENTAL DECLARATION

Comes now the Plaintiff, as requested by this Court, and submits the following declaration. Under penalty of perjury, I declare that the following statements are true and correct.

1. My name is Shival Vyas, and I am the Plaintiff in the above-captioned case.

2. During the pendency of this case I was approved for Optional Practical training and thereafter received an Employment Authorization Document which permits me to apply for jobs and work in the United States.

3. The date of issue of my Employment Authorization Document is June 2, 2025.

4. During the time that I have been legally permitted to apply for work, I have submitted many job applications seeking work as a data scientist or data engineer. The majority of my applications have been submitted via online platforms or email, and I therefore have a record of many of the applications that I have submitted.

5. In recent weeks, I have been extended opportunities for multiple interviews. I am hopeful that these interviews will result in a job offer in the near future, but I am continuing to apply.

6. I worry that the uncertainty stemming from the Trump Administration's policies regarding international students and their authorization to be in the United States makes hiring an F-1 student working in the United States less desirable to employers, making an already slow-moving job market even more challenging.

7. In the meantime, while awaiting a job offer, I have been exploring options to use my degree to volunteer. If I do not receive a job offer in the very near future, I plan to spend my time volunteering while I continue my applications.

_____  7/14/25

Shival Nilesh Vyas